IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JIMMY D. PINGLETON, an individual,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. CIV 15-349-JHP** |
| v. ) | |
| ) | |
| **ROLLING HILLS HOSPITAL, LLC, an** ) | |
| **Oklahoma Limited Liability Company,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Jimmy D. Pingleton and Defendant Rolling Hills Hospital, LLC (collectively, the "Parties") jointly move this Court to dismiss the above-captioned lawsuit with prejudice (the "Motion"). Each party has agreed to bear its own costs and expenses. A Proposed Order is attached hereto as **Exhibit 1**.

s/ Heath H. Edwards
Mark W. Peters (TN BPR # 018422)
Heath H. Edwards (TN BPR # 034076)
**WALLER LANSDEN DORTCH & DAVIS, LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 850-8888
(615) 244-6804 (facsimile)
mark.peters@wallerlaw.com
heath.edwards@wallerlaw.com

4831-8746-9106.1

        Mike Carr, OBA #17805
        Jessica Craft, OBA #31126
        **HOLDEN & CARR**
        210 Park Avenue, Suite 1140
        Oklahoma City, OK 73102
        (405) 813-8888
        (405) 813-8889 (facsimile)
        MikeCarr@holdenlitigation.com
        JessicaCraft@holdenlitigation.com

        *Attorneys for Defendant Rolling Hills Hospital, LLC*

        s/ Derek H. Ross (w/ permission)
        Kevin R. Donelson, OBA No. 12647
        Derek H. Ross, OBA No. 31699
        **FELLERS SNIDER BLANKENSHIP BAILEY & TIPPENS, P.C.**
        100 N. Broadway, Suite 1700
        Oklahoma City, OK 73102-9211
        (405) 232-0621
        (405) 232-9659 (facsimile)
        KDonelson@FellersSnider.com
        Dross@FellersSnider.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was filed electronically with the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the following:

    Kevin R. Donelson, Esq.
    Derek H. Ross, Esq.
    **FELLERS SNIDER BLANKENSHIP BAILEY & TIPPINS, P.C.**
    Chase Tower
    100 N. Broadway, Suite 1700
    Oklahoma City, OK 73102

on this the 17th day of June, 2016.

        /s/ Heath H. Edwards