# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JIMMY D. PINGLETON, an individual,** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **ROLLING HILLS HOSPITAL, LLC, an** ) <br> **Oklahoma Limited Liability Company,** ) <br> ) <br> ) <br> **Defendant.** ) | Case No. CIV 15-349-JHP |

## ORDER

Having considered the parties' Joint Motion to Dismiss with Prejudice, Dkt. #42 (the "Motion"), the Court finds that the parties' Motion should be granted. It is therefore ORDERED that this Motion is GRANTED and that the case be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a). Each party shall bear its own expenses and costs.

SO ORDERED, this 7th day of July, 2016.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma